DANIEL G. BOGDEN
United States Attorney
District of Nevada
JIAMIN CHEN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) STIPULATION TO CONTINUE |
| Plaintiff, | ) REVOCATION HEARING ) |
| vs. | ) 2:04-cr-298-RCJ-RJJ ) ) |
| JUAN ARVIZO-PENA, | ) ) |
| Defendant. | ) ) |
| | ) ) |

IT IS HEREBY STPULATED and AGREED by and between Jiamin Chen, Assistant United States Attorney, and Rachel Korenblat, attorney for Defendant Juan Arvizo-Pena, that the revocation hearing date of Wednesday April 22nd, 2015 at 1:30 p.m. be advanced to the Court's next available date to hold such a hearing.

This Stipulation is entered into for the following reasons:

1.  Defense counsel was first assigned to the case on April 15, 2015;

2.  Defendant Juan Arvizo-Pena needs more time to confer with his counsel, with the assistance a translator; and

3.  The United States, by and through Assistant United States Attorney Jiamin Chen, does not oppose the continuance.

DATED: this 21st day of April 2015.


JIAMIN CHEN
Assistant United States Attorney


____/ s /_____
Rachel Korenblat
Attorney for Defendant


IT IS HEREBY ORDERED that the Revocation Hearing set for April 22, 2015 is CONTINUED to JUNE 11, 2015 at 1:30 P.M., in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 22nd day of April, 2015.


ROBERT C. JONES

2